JOHN A. RUSSO, City Attorney - SB#129729
RANDOLPH W. HALL, Assistant City Attorney - SB#080142
RACHEL WAGNER, Supervising Trial Attorney - SB# 127246
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-4921     Fax: (510) 238-6500
Email: rwagner@oaklandcityattorney.org
X03056/415527

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILLIPS<br><br>   Petitioner,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA,<br>KAREN P. TANDY, Administrator,<br>U.S. Drug Enforcement Administration,<br>SCOTT N. SCHOOLS, U.S. Attorney<br>for the Northern District of California,<br>ARNOLD SCHWARZENEGGER,<br>Governor of the State of California,<br><br>   Respondents. | Case No. C07-03885 JL<br><br>NOTICE OF DEFENDANT CITY OF OAKLAND'S MOTION AND MOTION TO DISMISS COMPLAINT<br><br>Date: October 3, 2007<br>Time: 9:30 a.m.<br>Dept: Courtroom F, 15th Floor |

**TO PLAINTIFF IN PRO PER:**

**PLEASE TAKE NOTICE** that **on Wednesday, October 3, 2007, at 9:30 a.m.** or as soon as the matter may be heard in Courtroom F of the above captioned Court, located at 450 Golden Gate Avenue, in San Francisco, CA, Defendant CITY OF OAKLAND will move and hereby does move the Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing certain causes of action against the City of Oakland for failure to state a claim as a matter of law.

The motion to dismiss is made on the grounds that as to each of the causes of action in plaintiff's complaint, plaintiff has failed to state a claim for which relief can be granted. More specifically, the motion is based on the following grounds:

1. Plaintiff's First Cause of Action entitled "Equal Protection of the Law" Fails As A Matter of Federal and State Law.

2. Plaintiff's Second Cause of Action entitled " Right To Earn A Living" Fails As A Matter of Federal and State Law.

3. Plaintiff's Third Cause of Action for Violation of the Supremacy Clause fails as a matter of federal law.

This motion is based on the accompanying Memorandum of Points and Authorities and the files of the Court in this case.

Dated: August 24, 2007

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Assistant City Attorney
        RACHEL WAGNER, Supervising Trial Attorney

By: *Rachel Wagner*
     Attorneys for Defendant
     CITY OF OAKLAND

DEFENDANT CITY OF OAKLAND'S NOTICE
OF MOTION AND MOTION TO DISMISS
        C07-03885

## PROOF OF SERVICE
## Phillips vs. City of Oakland, et al.
## U.S.D.C. Case No. C07-03885

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One City Hall Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I served the within documents:

**NOTICE OF DEFENDANT CITY OF OAKLAND'S MOTION AND MOTION TO DISMISS COMPLAINT**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.
- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.
- ☐ by causing personal delivery by messenger of the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ by causing such envelope to be sent by Federal Express/Express Mail
- ☐ VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated below.

**John Phillips**
**2337 Ransom Avenue**
**Oakland, CA   94601-3827**

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Executed on August 24, 2007, at Oakland, California.

_____
Kristin Ericsson

DEFENDANT CITY OF OAKLAND'S NOTICE                                    C07-03885
OF MOTION AND MOTION TO DISMISS