**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILLIP,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>      Defendants.<br>_____/ | No. C 07-3885 JL<br><br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____          _____
                                                                                Signature

                                                                                Counsel for _____

                                                                                _____

REQUEST                                                    1