UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN PHILLIPS

    Plaintiff(s),

  v.

CITY OF OAKLAND, CALIFORNIA

    Defendant(s).
_____/

No. 07-03885 JL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

**XX**    (2)    One or more of the parties has sought a kind of judicial action (i.e., a motion to dismiss) that a United States Magistrate Judge may not take without the consent of all parties; the necessary consents have not been secured. The October 3, 2007 hearing is vacated

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for November 7, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: September 26, 2007

Richard W. Wieking, Clerk
United States District Court

*Wings Hom*
By: Wings Hom, Deputy Clerk

reassig1.DCT    1