**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
——————

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                          415.522.2000

## September 27, 2007

**CASE NUMBER:  CV 07-03885 JL**
**CASE TITLE:  JOHN PHILLIPS-v-CITY OF OAKLAND, CALIFORNIA**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 09/27/07


FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                   Special Projects
Log Book Noted                                            Entered in Computer 09/27/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA