

1 | JOHN A. RUSSO, City Attorney - SB#129729
RANDOLPH W. HALL, Assistant City Attorney - SB#080142
2 | RACHEL WAGNER, Supervising Trial Attorney - SB# 127246
One Frank H. Ogawa Plaza, 6th Floor
3 | Oakland, California  94612
Telephone:  (510) 238-4921     Fax:  (510) 238-6500
4 | Email:  rwagner@oaklandcityattorney.org
X03056/415527
5

6 | Attorneys for Defendant
CITY OF OAKLAND

7

8 |                UNITED STATES DISTRICT COURT

9 |               NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN PHILLIPS                          Case No.  C07-03885  CW

12 |                Petitioner,             (AMENDED) NOTICE OF DEFENDANT
                                        CITY OF OAKLAND'S MOTION AND
                                        MOTION TO DISMISS COMPLAINT
13 |        v.

14 | CITY OF OAKLAND, CALIFORNIA,           Date:  November 8, 2007
KAREN P. TANDY, Administrator,          Time:  2:00 p.m.
U.S. Drug Enforcement Administration,   Dept:  2, Fourth Floor
15 | SCOTT N. SCHOOLS, U.S. Attorney
for the Northern District of California, U.S.D.J.:  The Hon. Claudia Wilken
16 | ARNOLD SCHWARZENEGGER,
Governor of the State of California,    Complaint Filed:  July 30, 2007
17

18 |                Respondents.

19 | **TO PLAINTIFF IN PRO PER:**

20

21 |        **PLEASE TAKE NOTICE** that **on Thursday, November 8, 2007, at 2:00 p.m**. or as

22 | soon as the matter may be heard in Courtroom 2, Fourth Floor, 1301 Clay Street,

23 | Oakland, California, 94612-5212, Defendant CITY OF OAKLAND will move and hereby

24 | does move the Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6),

25 | dismissing certain causes of action against the City of Oakland for failure to state a claim

26

-1-

1  as a matter of law.

2      The motion to dismiss is made on the grounds that as to each of the causes of

3  action in plaintiff's complaint, plaintiff has failed to state a claim for which relief can be

4  granted. More specifically, the motion is based on the following grounds:

5

6      1.    Plaintiff's First Cause of Action entitled "Equal Protection of the Law" Fails

7            As A Matter of Federal and State Law.

8      2.    Plaintiff's Second Cause of Action entitled " Right To Earn A Living" Fails As

9            A Matter of Federal and State Law.

10     3.    Plaintiff's Third Cause of Action for Violation of the Supremacy Clause fails

11           as a matter of federal law.

12

13     This motion is based on the accompanying Memorandum of Points and Authorities

14  and the files of the Court in this case.

15  Dated:  October 3, 2007

16                              JOHN A. RUSSO, City Attorney
                               RANDOLPH W. HALL, Assistant City Attorney
17                              RACHEL WAGNER, Supervising Trial Attorney

18
                    By:    _____s/s_____
19                              Attorneys for Defendant
20                              CITY OF OAKLAND

21

22

23

24

25

26

DEFENDANT CITY OF OAKLAND'S AMENDED NOTICE                    C07-03885
OF MOTION AND MOTION TO DISMISS

1

## PROOF OF SERVICE
### Phillips vs. City of Oakland, et al.
### U.S.D.C. Case No. C07-03885

2

3

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is City Hall, One City Hall Plaza, 6th Floor, Oakland, California  94612.  On the date set forth below, I served the within documents:

4

5

6

**(AMENDED) NOTICE OF DEFENDANT CITY OF OAKLAND'S MOTION AND MOTION TO DISMISS COMPLAINT**

7

8

☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

9

10

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

11

☒   by causing personal delivery by messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

12

☐   by causing such envelope to be sent by Federal Express/Express Mail

13

☐   VIA ELECTRONIC MAIL:  I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated below.

14

15

16

**John Phillips – by personal delivery and U.S. Mail**
**2337 Ransom Avenue**
**Oakland, CA   94601-3827**

17

18

**Jill Bowers – by U.S. Mail**
**Deputy Attorney General**
**1300 I Street, Suite 125**
**Sacramento, CA   94244-2550**

19

20

    I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

21

22

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

23

24

    Executed on October 3, 2007, at Oakland, California.

25

s/s _____
Deborah Walther

26

DEFENDANT CITY OF OAKLAND'S AMENDED NOTICE                    C07-03885
OF MOTION AND MOTION TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANT CITY OF OAKLAND'S AMENDED NOTICE                    C07-03885
OF MOTION AND MOTION TO DISMISS