# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Phillips,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>City of Oakland, California,<br><br>                    Defendant(s). | 07-03885 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03885 CW                                                        -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 25, 2007

                                 RICHARD W. WIEKING
                                 Clerk
                                 by:    Timothy J. Smagacz

                                 *Timothy Smagacz* (signature)
                                 _____
                                 ADR Administrative Assistant
                                 415-522-4205
                                 Tim_Smagacz@cand.uscourts.gov

(Left margin: **United States District Court** / **Northern District of California**)

PROOF OF SERVICE

Case Name:      Phillips v. City of Oakland, California

Case Number:    07-03885 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On October 25, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   John Phillips
>   2337 Ransom Avenue
>   Oakland, CA 94601-3827
>
>   Rachel Wagner
>   Office of the City Attorney, Oakland
>   One Frank H. Ogawa Plaza, 6th Floor
>   Oakland, CA 94612
>   rwagner@oaklandcityattorney.org
>
>   Karen P. Tandy
>   ,
>
>   Scott N. Schools
>   ,
>
>   Jill Bowers
>   Office of the Attorney General
>   1300 I Street
>   PO Box 944255
>   Sacramento, CA 94244-2550

Jill.Bowers@doj.ca.gov

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 25, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov