IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PHILLIPS,

    Plaintiff,

  v.

CITY OF OAKLAND, CALIFORNIA, et al.,

    Defendants.
_____/

No. C 07-03885 CW

CLERK'S NOTICE TAKING MOTIONS UNDER SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Defendant City of Oakland's Motion to Dismiss Complaint and Defendant Arnold Schwarzenegger's Motion to Dismiss Pursuant to FRCP 12(b)(6) under submission on the papers. The hearing on the motions and the Case Management Conference, previously scheduled for November 8, 2007, are vacated.

Dated: 10/26/07

_____
SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS et al,

          Plaintiff,

v.

CITY OF OAKLAND, CALIFORNIA et al,

          Defendant.

Case Number: CV07-03885 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jill Bowers
Office of the Attorney General
1300 I Street
PO Box 944255
Sacramento, CA 94244-2550

John Phillips
2337 Ransom Avenue
Oakland, CA 94601-3827

Rachel Wagner
Office of the City Attorney, Oakland
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612

Dated: October 26, 2007

          Richard W. Wieking, Clerk
          By: Sheilah Cahill, Deputy Clerk