UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN PHILLIPS,

               Plaintiff(s),

    v.

CITY OF OAKLAND, et al.,

               Defendant(s).
_____/

CASE NO. C07-3885 CW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jill Bowers | Gov. Arnold Schwarzenegger | (916) 323-1948 | jill.bowers@doj.ca.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                                                               Attorney for Plaintiff

Dated: 11/02/2007                                                        /s/
                                                                                Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Phillips v. City of Oakland, et al.**

No.:    **C07-03885-CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 5, 2007, I served the attached **NOTICE OF NEED FOR ADR PHONE CONFERENCE**; **DECLARATION OF DEFENSE COUNSEL IN SUPPORT OF EX PARTE NOTICE OF NEED FOR ADR PHONE CONFERENCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

John Richard Phillips
2337 Ransom Avenue
Oakland, CA 94601-3827

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 5, 2007, at Sacramento, California.

|    Rachel Aldred    |    / s /    |
|:---:|:---:|
|    Declarant    |    Signature    |

10393987.wpd