1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
4  JILL BOWERS, State Bar No. 186196
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone:  (916) 323-1948
7    Fax:  (916) 324-5567
     Email:  Jill.Bowers@doj.ca.gov
8
   Attorneys for Defendant Governor Arnold Schwarzenegger
9
10                IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

| | |
|---|---|
| **JOHN PHILLIPS,** | Case No. C07-03885-CW |
| Plaintiff, | **DECLARATION OF DEFENSE COUNSEL IN SUPPORT OF *EX PARTE* NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| **v.** | |
| **CITY OF OAKLAND, *et al.*,** | |
| Defendants. | |

19        1.    I am a lawyer admitted to practice in the State of California.  I am employed by

20  the California Department of Justice as a Deputy Attorney General, and am assigned to represent

21  Defendant Governor Arnold Schwarzenegger in the captioned case.

22        2.    This declaration is based on my personal knowledge, except as to those matters

23  stated on information and belief, and as to those matters I believe them to be true, and would so

24  testify if called upon.  The source of my information and belief is review of the record in this

25  case.

26        3.    This Court's October 25, 2007, Notice Re:  Noncompliance with Court Order

27  (Notice) directs the parties to meet and confer concerning alternative dispute resolution (ADR)

28  and to file "an ADR Certification  and either 1) a Stipulation and [Proposed] Order Selecting

1  ADR Process, or 2) a Notice of Need for ADR Phone Conference (Civil LR. 16-8(b), ADR L.R.

2  3-5(b)[,] Civil L.R. 16-8(c), ADR L.R. 3-5(c), (d)." Notice, 1:21-23.

3      4. The October 26, 2007, Clerk's Notice Taking Motions Under Submission vacated

4  the November 8, 2007, hearing on the pending Defendants' motions to dismiss and the case

5  management conference in this case. (A copy of the notice is attached as Exhibit A.) Two

6  additional defendants, United States officers, are named in the Complaint but, upon information

7  and belief, have yet to be served. In his Case Management Conference Statement, Defendant

8  will ask that the last day to meet and confer concerning ADR process selection be set 90 days

9  after entry of the order denying the dispositive motion last filed by any party attacking the

10  pleadings that is pending on the date the case management order is entered.

11      5. Therefore, Defendant asks for an ADR phone conference. Defendant's notice is

12  submitted *ex parte* because Plaintiff appears in this matter *in propria persona*. *See* Civ. L. R.

13  16-1(a).

14      I declare under penalty of perjury that the foregoing is true and correct.

15      Executed November 5, 2007, in the City of Sacramento, County of Sacramento, State

16  of California.

17                          _____/ s /_____
                            JILL BOWERS, DEPUTY ATTORNEY GENERAL
18                          DECLARANT
                            COUNSEL FOR DEFENDANT SCHWARZENEGGER
19

20

21

22

23

24  10390172.wpd
    SA2007102364
25

26

27  Declaration re *Ex Parte* Notice of Need for ADR Phone Conference      Phillips v. City of Oakland, *et al.*,
                                                                           Case No C07-3885 CW
28                                          2

# Exhibit A

Case 4:07-cv-03885-CW    Document 16-2    Filed 04/03/2007    Page 4 of 6

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                      No. C 07-03885 CW

9  JOHN PHILLIPS,
                                       CLERK'S NOTICE
10          Plaintiff,                 TAKING MOTIONS UNDER
                                       SUBMISSION
11     v.

12  CITY OF OAKLAND, CALIFORNIA, et al.,

13          Defendants.
                                  /

14

15

16

17      Notice is hereby given that the Court, on its own motion,

18  shall take Defendant City of Oakland's Motion to Dismiss Complaint

19  and Defendant Arnold Schwarzenegger's Motion to Dismiss Pursuant to

20  FRCP 12(b)(6) under submission on the papers.  The hearing on the

21  motions and the Case Management Conference, previously scheduled

22  for November 8, 2007, are vacated.

23

24

25  Dated:  10/26/07                   _____
                                       SHEILAH CAHILL
26                                     Deputy Clerk

27

28

**United States District Court**
For the Northern District of California

Case 4:07-cv-03885-CW    Document 16    Filed 10/26/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PHILLIPS,

          Plaintiff,

    v.

CITY OF OAKLAND, CALIFORNIA, et al.,

          Defendants.
_____/

No. C 07-03885 CW

CLERK'S NOTICE
TAKING MOTIONS UNDER
SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Defendant City of Oakland's Motion to Dismiss Complaint and Defendant Arnold Schwarzenegger's Motion to Dismiss Pursuant to FRCP 12(b)(6) under submission on the papers.  The hearing on the motions and the Case Management Conference, previously scheduled for November 8, 2007, are vacated.

Dated:   10/26/07

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk

United States District Court
For the Northern District of California

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Phillips v. City of Oakland, et al.**

No.:    **C07-03885-CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 5, 2007, I served the attached **NOTICE OF NEED FOR ADR PHONE CONFERENCE; DECLARATION OF DEFENSE COUNSEL IN SUPPORT OF EX PARTE NOTICE OF NEED FOR ADR PHONE CONFERENCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

John Richard Phillips
2337 Ransom Avenue
Oakland, CA 94601-3827

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 5, 2007, at Sacramento, California.


| Rachel Aldred | / s / |
|---|---|
| Declarant | Signature |

10393987.wpd