1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  CHRISTOPHER E. KRUEGER
   Senior Assistant Attorney General
3  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
4  JILL BOWERS, State Bar No. 186196
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone:  (916) 323-1948
7    Fax:  (916) 324-5567
     Email:  Jill.Bowers@doj.ca.gov
8
   Attorneys for Defendant Governor's Office
9
                 IN THE UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13  | **JOHN PHILLIPS,** | Case No. C07-03885-CW |
    |---|---|
14  | Plaintiff, | **DECLARATION OF JILL BOWERS, ESQ. Re: RULE 26(f) REPORT** |
15  | v. | |
16  | **CITY OF OAKLAND,** *et al.*, | |
17  | Defendants. | Judge:  The Hon. Claudia Wilken |

18

19          1.    I am a lawyer admitted to practice in the State of California.  I am employed by

20  the California Department of Justice as a Deputy Attorney General, and am assigned to represent

21  Defendant Governor Arnold Schwarzenegger in the captioned case.

22          2.    This declaration is based on my personal knowledge, except as to those matters

23  stated on information and belief, and as to those matters I believe them to be true, and would so

24  testify if called upon.  The source of my information and belief is review of the record in this

25  case.

26          3.    On July 30, 2007, the Court issued the Order Setting Initial Case Management

27  Conference and ADR Deadlines.  Ex. A, *attached*.  The July 30th Order set October 31, 2007, as

28  the deadline for filing the Rule 26(f) report, completing initial disclosures or stating objections

Declaration Re:  Rule 26(f) Report                                Phillips v. City of Oakland, et al.
                                                                              C07-03885-CW

1  and filing a case management conference statement.  *Id.*  The initial Case Management

2  Conference was scheduled for November 7, 2007.  *Id.*

3          4.    On September 27, 2007, this case was reassigned to the Honorable Claudia

4  Wilken, United States District Judge, and the November 7th Case Management Conference date

5  was vacated.  Ex. B, *attached*.  On October 4, 2007, the Case Management Scheduling Order for

6  Reassigned Civil Case rescheduled the Case Management Conference for November 8, 2007,

7  and set November 1, 2007, as the deadline for filing the Case Management Conference

8  Statement.  Ex. C, *attached*.

9          5.    The October 4th Case Management Scheduling Order for Reassigned Civil Case

10  does not expressly vacate the October 17 and 31, 2007, deadlines to meet and confer about Rule

11  26(f) disclosure and alternative dispute resolution (ADR), set in the July 30th Order Setting

12  Initial Case Management Conference and ADR Deadlines.  Ex. C.  On September 28, 2007, I

13  therefore sought the parties' agreement to a request for relief from the July 30th case management

14  schedule.  Ex. D, *attached*.  Defendant City of Oakland replied affirmatively and signed the

15  stipulation I proposed, but, to date, Plaintiff John Phillips has not responded to my September

16  28th inquiry.

17          6.    Defendant will file and serve an *ex parte* notice of request for an ADR telephone

18  conference, suggesting that ADR is inappropriate in this case, and that ADR, if any, be deferred

19  until after the Court has ruled on pending motions to dismiss filed by both the Governor and the

20  City of Oakland.

21          7.    Defendant will also file a separate Case Management Conference Statement,

22  pursuant to Civil Local Rule 16-9(a), in which the following case management schedule,

23  including a schedule for Rule 26(f) disclosures, is proposed:

24          (a)   The last day to meet and confer re: initial disclosures, early

25                settlement, ADR process selection, and discovery plan, shall be 90

26                days after entry of the order denying the dispositive motion last

27                filed by any party attacking the pleadings that is pending on the

28                date the case management order is entered.  Fed. R. Civ. P. 26(f);

Declaration Re:  Rule 26(f) Report                              Phillips v. City of Oakland, et al.
                                                                        C07-03885-CW

1    ADR L.R. 3-5.

2    (b)  Discovery may commence on this Court's issuance of an order

3        approving the parties' joint discovery plan, and shall be completed

4        not later than 180 days from the date of that order or on the date

5        specified in the plan, whichever is later.  All discovery demands

6        shall be served so that responses may be served before the close of

7        the discovery period.  Any motions regarding discovery disputes

8        shall be noticed so that they may be heard before the close of the

9        discovery period.  These deadlines may be changed by stipulation

10       of the parties without the necessity for a hearing.

11   (c)  Dispositive motions shall be filed and served not later than 120

12       days following the close of discovery.

13   (d)  The pretrial conference shall be held not sooner than 45 days

14       following this Court's ruling on any party's dispositive motions

15       last-filed during the period described in paragraph 7(c).

16   (e)  Trial shall be set no earlier than 60 days following the pretrial

17       conference.  Motions in limine and other pretrial motions shall be

18       noticed so as to be heard before the date set for commencement of

19       trial.

20   I declare under penalty of perjury that the foregoing is true and correct.

21   Executed November 5, 2007, in the City of Sacramento, County of Sacramento, State

22   of California.

23                                    /s/
                                      JILL BOWERS, DEPUTY ATTORNEY GENERAL
24                                    DECLARANT
                                      COUNSEL FOR DEFENDANT SCHWARZENEGGER
25

26   Decl. Bowers.wpd
     SA2007102364
27

28

Declaration Re:  Rule 26(f) Report                          Phillips v. City of Oakland, et al.
                                                                          C07-03885-CW

# EXHIBIT A

UNITED STATES  DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN PHILLIPS,

           Plaintiff (s),

    v.

CITY OF OAKLAND, CALIFORNIA,
           Defendant(s).

No. **C 07-03885 JL**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

        IT IS HEREBY ORDERED that this action is assigned to the Honorable James Larson.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California" , the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2.  Counsel must comply with the case schedule listed below unless the Court otherwise orders.

        IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients shall familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 7/30/2007 | Complaint filed | |
| 10/17/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil_L.R. 16-8 |
| 10/31/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at  http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil _L.R . 16-9 |
| 11/7/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC)  in Ctrm F,15th Floor,SF at 10:30 AM | Civil _L.R.  16-10 |

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                      415.522.2000


**September 27, 2007**

**CASE NUMBER:  CV 07-03885 JL**
**CASE TITLE:  JOHN PHILLIPS-v-CITY OF OAKLAND, CALIFORNIA**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 09/27/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                         Entered in Computer 09/27/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILLIPS, | No. C 07-03885 CW |
| Plaintiff, | CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE |
| v. | |
| CITY OF OAKLAND, CALIFORNIA, et al., | |
| Defendants.                                    / | |

This action having been reassigned to the undersigned judge,

IT IS HEREBY ORDERED that a case management conference will be held on **November 8, 2007, at 2:00 p.m.** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA  94612.  Pursuant to Civil L.R. 16-9(a), a joint Case Management Statement will be due seven (7) days prior to the conference (see Appendix A to Civil Local Rules).  **A hearing on Defendant Arnold Schwarzenegger's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) and Defendant City of Oakland's Motion to Dismiss Complaint will also be held on November 8, 2007, at 2:00 p.m.**  Plaintiff's opposition to the motions will be due October 18, 2007, and any reply brief by Defendants will be due October 25, 2007.  Failure by Plaintiff to timely file opposition to

1 the motions may result in granting of the motions.

2     If the hearing is inconveniently scheduled, it may be rescheduled

3 by agreement of all parties to another date or time convenient to the

4 Court's calendar.

5     At the conclusion of the conference, an order will be entered

6 setting dates either for a further case management conference, or for

7 close of discovery, pretrial conference, and trial. Other orders

8 regulating and controlling future proceedings may be entered.

9     **Plaintiff shall serve copies of this Order at once on all parties**

10 **to this action, and on any parties subsequently joined, in accordance**

11 **with Fed. R. Civ. P. 4 and 5.** Following service, Plaintiff shall file

12 a certificate of service with the Clerk of this Court.

13     <u>FAILURE TO COMPLY WITH THIS ORDER</u> may be deemed sufficient

14 grounds for dismissal of this cause, default or other appropriate

15 sanctions. <u>See</u> Fed. R. Civ. P. 16(f).

16     See attached for standard procedures.

17     IT IS SO ORDERED.

18

19 Dated: 10/4/07           _____

                        CLAUDIA WILKEN

20                         United States District Judge

21

22

23

24

25

26

27

28

1

2                                   <u>NOTICE</u>

3

4       **Case Management Conferences and Pretrial Conferences** are
conducted on **Tuesdays** at 2:00 p.m.  **Criminal Law and Motion** calendar
is conducted on **Wednesdays** at 2:00 p.m. for defendants in custody and
5  2:30 p.m. for defendants not in custody.  **Civil Law and Motion**
calendar is conducted on **Thursdays** at 2:00 p.m.  Order of call is
6  determined by the Court.  Counsel need not reserve a hearing date for
civil motions; however, counsel are advised to check the legal
7  newspapers or the Court's website at www.cand.uscourts.gov for
unavailable dates.

8
        Motions for Summary Judgment:  All issues shall be contained
9  within one motion of 25 pages or less, made on 35 days notice.  (<u>See</u>
Civil L.R. 7-2).  Separate statements of undisputed facts in support
10  of or in opposition to motions for summary judgment will not be
considered by the Court. (<u>See</u> Civil Local Rule 56-2(a)).  The motion
11  and opposition should include a statement of facts supported by
citations to the declarations filed with respect to the motion.
12  Evidentiary and procedural objections shall be contained within the
motion, opposition or reply; separate motions to strike will not be
13  considered by the Court. Any cross-motion shall be contained within
the opposition to any motion for summary judgment, shall contain 25
14  pages or less, and shall be filed 21 days before the hearing.  The
reply to a motion may contain up to 15 pages, shall include the
15  opposition to any cross-motion, and shall be filed 14 days before the
hearing.  (<u>See</u> Civil Local Rule 7-3).  The Court may, *sua sponte* or
16  pursuant to a motion under Civil L.R. 6-3, reschedule the hearing so
as to give a moving party time to file a reply to any cross-motion.

17
        All DISCOVERY MOTIONS are referred to a Magistrate Judge to be
18  heard and considered at the convenience of his/her calendar.  All such
matters shall be noticed by the moving party for hearing on the
19  assigned Magistrate Judge's regular law and motion calendar, or
pursuant to that Judge's procedures.

20

21
(rev. 3/9/07)
22

23

24

25

26

27

28

1

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

2

**CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

3

4

Commencing March 1, 2007, all judges of the Northern District of California require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

5

6

1.      Jurisdiction and Service:  The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

7

8

2.      Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

9

10

3.      Legal Issues: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

11

4.      Motions: All prior and pending motions, their current status, and any anticipated motions.

12

5.      Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

13

14

6.      Evidence Preservation: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

15

16

7.      Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

17

18

8.      Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

19

9.      Class Actions: If a class action, a proposal for how and when the class will be certified.

20

21

10.      Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

22

11.      Relief: All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated.  In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

23

24

25

12.      Settlement and ADR: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

26

27

13.      Consent to Magistrate Judge For All Purposes: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

28

14.      Other References: Whether the case is suitable for reference to binding arbitration, a special

1   master, or the Judicial Panel on Multidistrict Litigation.

2   15.     Narrowing of Issues: Issues that can be narrowed by agreement or by motion, suggestions to
    expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any
3   request to bifurcate issues, claims, or defenses.

4   16.     Expedited Schedule: Whether this is the type of case that can be handled on an expedited basis
    with streamlined procedures.
5
    17.     Scheduling: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive
6   motions, pretrial conference and trial.

7   18.     Trial: Whether the case will be tried to a jury or to the court and the expected length of the trial.

8   19.     Disclosure of Non-party Interested Entities or Persons: Whether each party has filed the
    "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.  **In addition**, each
9   party must restate in the case management statement the contents of its certification by identifying any
    persons, firms, partnerships, corporations (including parent corporations) or other entities known by the
10  party to have either:  (i) a financial interest in the subject matter in controversy or in a party to the
    proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the
11  proceeding.

12  20.     Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS et al,

        Plaintiff,

  v.

CITY OF OAKLAND, CALIFORNIA et al,

        Defendant.
_____/

Case Number: CV07-03885 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jill Bowers
Office of the Attorney General
1300 I Street
PO Box 944255
Sacramento, CA 94244-2550

John Phillips
2337 Ransom Avenue
Oakland, CA 94601-3827

Rachel Wagner
Office of the City Attorney, Oakland
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612

Dated: October 4, 2007

                    Richard W. Wieking, Clerk
                    By: Sheilah Cahill, Deputy Clerk

# EXHIBIT D



**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 323-1948
Facsimile: (916) 324-5567
E-Mail: Jill.Bowers@doj.ca.gov

September 28, 2007

Rachel Wagner
Supervising Trial Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612

John Richard Phillips
2337 Ransom Avenue
Oakland, CA 94601-3827

RE:  *Phillips v. City of Oakland, et al.*
     **U.S.District Court, N. D. Cal., Case No. C07-03885-CW**

Dear Ms. Wagner and Mr. Phillips:

        As you are aware, the captioned case has been reassigned to U.S. District Judge Claudia
Wilken.  The Reassignment Order vacated our initial case management conference, but did not
vacate the October 17 and 31, 2007, deadlines to meet and confer about Rule 26(f) disclosures and
alternative dispute resolution, and for filing related reports and our joint case management
conference statement.

        Because both the City of Oakland and the Governor have pending motions to dismiss, it
seems appropriate to ask the Court for relief from these deadlines, pending its determination of the
outstanding motions. I therefore submit for your review the enclosed Stipulation to Relief from Case
Management Schedule.  If this document meets with your approval, please sign it and return your
signature page to me for filing with the Court.  Please don't hesitate to contact me if you have any
questions or concerns.  Thank you for your time and consideration.

                                        Sincerely,

                                        JILL BOWERS
                                        Deputy Attorney General

                        For    EDMUND G. BROWN JR.
                               Attorney General

Enclosure

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
3 | STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
4 | JILL BOWERS, State Bar No. 186196
Deputy Attorney General
5 |   1300 I Street, Suite 125
   P.O. Box 944255
6 |   Sacramento, CA 94244-2550
   Telephone:  (916) 323-1948
7 |   Fax:  (916) 324-5567
   E-mail:  Jill.Bowers@doj.ca.gov
8 |
Attorneys for Defendant Arnold Schwarzenegger,
9 | Governor of the State of California

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13

| **JOHN PHILLIPS,** | Case No. C07-03885-JL |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER** |
| **CITY OF OAKLAND, CALIFORNIA, KAREN P. TANDY, Administrator, U.S. Drug Enforcement Administration, SCOTT N. SCHOOLS, U.S. Attorney for the Northern District of California, ARNOLD SCHWARZENEGGER, Governor of the State of California,** | |
| Defendants. | |

        Plaintiff John Phillips and Defendants, the City of Oakland, and the Hon. Arnold

Schwarzenegger, Governor of the State of California (collectively, the Parties), stipulate as

follows for  relief from the case management schedule described in the Court's July 30, 2007,

Order Setting Initial Case Management Conference and ADR Deadlines (July 30, 2007, Order):

        1.  On September 26, 2007, this Court issued a Notice of Pending Reassignment to a

United State District Judge.  (Attached, Exhibit A.)  This Notice vacates the November 7, 2007,

1

Stipulation Pursuant to Civ. L. R. 16-2(d) and 7-12.

1  initial case management conference but apparently leaves in place the October 17, 2007, deadline

2  for the parties (i) to meet and confer concerning initial disclosures, early settlement, the

3  alternative dispute resolution (ADR) process selection, and a discovery plan; and (ii) to file a

4  Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone

5  Conference.  Fed. R. Civ. P. 26(f); ADR L. R. 3-5; Civ. L. R. 16-8.  The Notice also apparently

6  leaves undisturbed the October 31, 2007, deadline to (i) file a  Rule 26(f) Report; (ii) complete

7  initial disclosures or state objections in the Rule 26(f) Report; and (iii) file a Joint Case

8  Management Statement.  Fed. R. Civ. P. 26(a)(1); Civ. L. R. 16-9.

9            2.  The Parties therefore jointly stipulate, pursuant to Civil Local Rules 16-2(d) and 7-

10  12, to the following relief from the case management schedule set in the July 30, 2007, Order:

11            (i)   The last day to meet and confer re: initial disclosures, early settlement, ADR

12                  process selection, and discovery plan, shall be the day that is 90 days after entry of

13                  the last order denying any pending dispositive motion attacking the pleadings.

14                  Fed. R. Civ. P. 26(f); ADR L.R. 3-5;

15            (ii)  The last day to file a Joint ADR Certification with Stipulation to ADR Process or

16                  Notice of Need for ADR Phone Conference shall be the day that is 90 days after

17                  entry of the last order denying any pending dispositive motion attacking the

18                  pleadings.  Civ. L R. 16-8; and,

19            (iii) The last day to (a) file the Rule 26(f) Report; (b) complete initial disclosures or

20                  state objections in the Rule 26(f) Report; and (c) file the Joint Case Management

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Stipulation Pursuant to Civ. L. R. 16-2(d) and 7-12.

1    Statement, shall be the day that is 76 days after entry of the last order denying any

2    pending dispositive motion attacking the pleadings.  Civ. L. R. 16-10.

3    JOHN PHILLIPS,

4

5    Dated: _____    By: _____
                                          Plaintiff *in Propria Persona*

6

7    JOHN A. RUSSO
     City Attorney
     RANDOLPH W. HALL
8    Assistant City Attorney

9    Dated: _10/3/07_____    By: _Rachel Wagner_____
10                                         RACHEL WAGNER
                                           Supervising Trial Attorney
11                                         Counsel for City of Oakland

12   EDMUND G. BROWN JR.
     Attorney General of the State of California
13
     CHRISTOPHER E. KRUEGER
14   Senior Assistant Attorney General

     STEPHEN P. ACQUISTO
15   Supervising Deputy Attorney General

16   Dated: _10/9/2007_____    By: _Jill Bowers_____
17                                         JILL BOWERS
                                           Deputy Attorney General
18                                         Attorneys for Defendant

19

20   PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

21

22   Dated: _____    _____
                                        THE HON. CLAUDIA WILKEN
23                                      UNITED STATES DISTRICT JUDGE

24

25

26   10381352.wpd
     SA2007102364

27

28

                                    3

Stipulation Pursuant to Civ. L. R. 16-2(d) and 7-12.

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Phillips v. City of Oakland, et al.**

No.:    **C07-03885-CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 5, 2007</u>, I served the attached **DECLARATION OF JILL BOWERS, ESQ. Re: RULE 26(f) REPORT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

John Richard Phillips
2337 Ransom Avenue
Oakland, CA 94601-3827

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 5, 2007, at Sacramento, California.

| Rachel Aldred | / s / |
|---|---|
| Declarant | Signature |

10393990.wpd