1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954 )
   michael.t.pyle@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-7322
   FAX: (415) 436-6748
7
   Attorneys for Defendants Scott N. Schools, former U.S. Attorney
8  for the Northern District of California and Karen P. Tandy,
   former Administrator, U.S. Drug Enforcement Administration
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND  DIVISION

13
   JOHN PHILLIPS,                        )   No. 07-03885 CW
14                                       )
          Plaintiff,                     )   **[PROPOSED] ORDER GRANTING**
15                                       )   **FEDERAL DEFENDANTS' MOTION**
       v.                                )   **TO DISMISS**
16                                       )
   CITY OF OAKLAND, CALIFORNIA,          )   Date: March 13, 2008
17 KAREN P. TANDY, Administrator, U.S.   )   Time: 2:00 p.m.
   Drug Enforcement Administration, SCOTT)   Courtroom: 2
18 N. SCHOOLS, U.S. Attorney for the     )   Hon. Claudia Wilken
   Northern District of California, ARNOLD
19 SCHWARZENEGGER, Governor of the
   State of California,
20
          Defendants.
21 ─────────────────────────────────

22      Defendants Scott N. Schools, former United States Attorney for the Northern District of

23 California and Karen P. Tandy, former Administrator of the United States Drug Enforcement

24 Administration's (the "Federal Defendants") motion to dismiss the complaint herein having

25 regularly come on for hearing before the Court, and having read and considered the papers

26 submitted in support thereof and in opposition thereto, and the parties having been afforded the

27 opportunity to be heard, and good cause appearing therefor,

28 //

[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DISMISS
07-03885 CW                                    1

1   **IT IS HEREBY ORDERED** that the Federal Defendants' motion to dismiss the complaint
2   herein is granted with prejudice.  The Court dismisses Plaintiff's claim that the Court should
3   impanel a grand jury on behalf of Plaintiff on the ground that Plaintiff has not set forth the
4   requisite "clear basis in fact and law" for such an action. Moreover, the Court declines to
5   exercise its discretion to give Plaintiff the relief he requests in light of the fact that his business
6   operation is illegal under federal law.  The Court further holds that the Comprehensive Drug
7   Abuse Prevention and Control Act, 21 U.S.C. § 801 et seq., is Constitutional.  *Gonzales v. Raich*,
8   545 U.S. 1 (2005); *United States v. Miroyan*, 577 F2d. 489, 495 (9th Cir. 1978) ("constitutionality
9   of the marijuana laws has been settled" law in the Ninth Circuit since 1976).  The Federal
10  Defendants' motion is granted with prejudice because no amendment of Plaintiff's complaint
11  could possibly state a cognizable claim against Federal Defendants in this action.
12  **IT IS SO ORDERED**.

14  DATED:                                                      _____
                                                                Hon. Claudia Wilken
15                                                              United States District Judge