JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
michael.t.pyle@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7322
FAX: (415) 436-6748

Attorneys for Defendants Scott N. Schools, former U.S. Attorney
for the Northern District of California and Karen P. Tandy,
former Administrator, U.S. Drug Enforcement Administration

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA,<br>KAREN P. TANDY, Administrator, U.S.<br>Drug Enforcement Administration, SCOTT<br>N. SCHOOLS, U.S. Attorney for the<br>Northern District of California, ARNOLD<br>SCHWARZENEGGER, Governor of the<br>State of California,<br><br>    Defendants. | No. 07-03885 CW<br><br>**PROOF OF SERVICE**<br><br>Date: March 13, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Hon. Claudia Wilken |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **January 31, 2008** she caused a copy of: **Federal Defendant's Notice of Motion and Motion to Dismiss** and **[Proposed] Order Granting Federal Defendant's Motion to Dismiss** to be served by mail upon the person at the place and address(es) stated below, which is the last known address:

//

**John Phillips**
2337 Ransom Avenue
Oakland, CA 94601-3827
PRO SE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

|  |  |
|---|---|
|  | Respectfully submitted,<br>JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: January 31, 2008 | By: /s/ _____<br>STEFANIA M. CHIN<br>Legal Assistant |

07-03885 CW                                    2