1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954 )
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7322
6     FAX: (415) 436-6748
      E-mail:michael.t.pyle@usdoj.gov
7
8  Attorneys for Defendants Scott N. Schools, former U.S. Attorney
   for the Northern District of California and Karen P. Tandy,
   former Administrator, U.S. Drug Enforcement Administration
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13
   JOHN PHILLIPS,                    )    No. 07-03885 CW
14                                   )
         Plaintiff,                  )    **NOTICE OF PLAINTIFF'S APPARENT**
15                                   )    **FAILURE TO TIMELY FILE AND/OR**
      v.                             )    **SERVE AN OPPOSITION TO**
16                                   )    **DEFENDANTS' MOTION TO DISMISS**
   CITY OF OAKLAND, CALIFORNIA,      )
17 KAREN P. TANDY, Administrator, U.S. )
   Drug Enforcement Administration, SCOTT )
18 N. SCHOOLS, U.S. Attorney for the )
   Northern District of California, ARNOLD )
19 SCHWARZENEGGER, Governor of the  )
   State of California,              )
20                                   )
         Defendants.                 )
21 _____  )

22       The Federal Defendants filed and served a motion to dismiss on January 31, 2008.  *See*

23 Docket Entry Nos. 23 (notice of motion and motion) and 25 (proof of service).  Plaintiff's

24 opposition papers were due to be filed on February 21, 2008.  Defendant's counsel has received

25 no opposition and no opposition appears on the Court's PACER website.

26       On February 21, 2008, Plaintiff Mr. Phillips came to the undersigned's office with a copy of

27 the Federal Defendants' moving papers that were served on January 31, 2008.  Plaintiff told the

28 undersigned that he had not received the Federal Defendants' moving papers until February 20,

FEDERAL DEFENDANTS' NOTICE OF PLAINTIFF'S FAILURE TO FILE/SERVE OPP. TO MTD    1
07-03885 CW

1  2008.

2   The Federal Defendants contend that Plaintiff was properly served with their moving papers

3  for their motion to dismiss on January 31, 2008 and submit that those moving papers establish

4  that this Action should be dismissed with prejudice.

5

6  Dated: February 25, 2008   Respectfully submitted,

7               JOSEPH P. RUSSONIELLO
             United States Attorney

8

9

        By:  _____/s/_____

10             Michael T. Pyle
           Assistant U.S. Attorney

11             Attorneys for Federal Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28