JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
michael.t.pyle@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7322
FAX: (415) 436-6748

Attorneys for Defendants Scott N. Schools, former U.S. Attorney
for the Northern District of California and Karen P. Tandy,
former Administrator, U.S. Drug Enforcement Administration

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND  DIVISION

| | | |
|---|---|---|
| JOHN PHILLIPS, | ) | No. 07-03885 CW |
| | ) | |
|     Plaintiff, | ) | **PROOF OF SERVICE** |
| | ) | |
|     v. | ) | |
| | ) | |
| CITY OF OAKLAND, CALIFORNIA, | ) | |
| KAREN P. TANDY, Administrator, U.S. | ) | |
| Drug Enforcement Administration, SCOTT | ) | |
| N. SCHOOLS, U.S. Attorney for the | ) | |
| Northern District of California, ARNOLD | ) | |
| SCHWARZENEGGER, Governor of the | ) | |
| State of California, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

    The undersigned hereby certifies that she is an employee of the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that on **February 25, 2008** she

caused a copy of: **Notice of Plaintiff's Apparent Failure to Timely File and/or Serve an**

**Opposition to Defendant's Motion to Dismiss** to be served by mail upon the person at the place

and address(es) stated below, which is the last known address:

//

1   **John Phillips**
    2337 Ransom Avenue
2   Oakland, CA 94601-3827
    PRO SE
3
        I declare under penalty of perjury under the laws of the United States that the foregoing is
4
    true and correct.
5

6

7                                                    Respectfully submitted,
                                                     JOSEPH P. RUSSONIELLO
8                                                    United States Attorney
                                                            /s/
9   Dated: February 25, 2008                  By:_____
                                                     STEFANIA M. CHIN
10                                                   Legal Assistant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07-03885 CW                              2