IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILLIPS, | No. C 07-03885 CW |
|     Plaintiff, | CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |
|   v. | |
| CITY OF OAKLAND, et al., | |
|     Defendants. | |

On January 31, 2008, Federal Defendants filed a Motion to Dismiss. Plaintiff's opposition to the motion was due February 21, 2006. Plaintiff has not filed any opposition to the motion. Accordingly,

Notice is hereby given that the Court, on its own motion, shall take the Federal Defendants' Motion to Dismiss under submission on the papers. The hearing previously scheduled for March 13, 2008, is vacated. Plaintiff will have until March 20, 2008, to file written opposition to the motion; any reply by the Federal Defendants will be due March 27, 2008. **Failure by Plaintiff to timely file an opposition to the motion may result in the granting of the motion.**

Dated: 3/4/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS et al,

        Plaintiff,

v.

CITY OF OAKLAND, CALIFORNIA et al,

        Defendant.

Case Number: CV07-03885 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jill Bowers
Office of the Attorney General
1300 I Street
PO Box 944255
Sacramento, CA 94244-2550

John Phillips
2337 Ransom Avenue
Oakland, CA 94601-3827

Michael Thomas Pyle
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495

Rachel Wagner
Office of the City Attorney, Oakland
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612

Dated: March 4, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk