IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PHILLIPS,

        Plaintiff,

   v.

CITY OF OAKLAND; KAREN P. TANDY; SCOTT N. SCHOOLS; and ARNOLD SCHWARZENEGGER,

        Defendants.

No. C 07-03885 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Federal Defendants Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff John Phillips take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 28th day of April, 2008.

                            RICHARD W. WIEKING
                            Clerk of Court

              By: _____
                            SHEILAH CAHILL
                            Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS et al,

        Plaintiff,

v.

CITY OF OAKLAND, CALIFORNIA et al,

        Defendant.

Case Number: CV07-03885 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jill Bowers
Office of the Attorney General
1300 I Street
PO Box 944255
Sacramento, CA 94244-2550

John Phillips
2337 Ransom Avenue
Oakland, CA 94601-3827

Michael Thomas Pyle
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495

Rachel Wagner
Office of the City Attorney, Oakland
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612

Dated: April 28, 2008

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk