UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIPPS, | Case No. C07-03885 |
| Plaintiff, | |
| vs. | |
| CITY OF OAKLAND, CALIFORNIA, KAREN P. TANDY, Adm. U.S. DEA, SCOTT N. SCHOOLS, U.S. Attorney for the Northern District of California, ARNOLD SCHWARZENEGGER, Governor of the State of California, | |
| Respondents. | |

### CERTIFICATE OF SERVICE

This is to certify that I have on this 24 day of June 2008, placed two true and exact copies of the above and foregoing

### NOTICE OF APPEAL

in the U. S. Mail, first class postage, prepaid, addressed to:

Rachel Wagner
Office of the City Attorney, Oakland
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612

*Attorneys for Defendant City of Oakland*

Michael Thomas Pyle
U.S. Attorney's Office, Civil
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495

*Attorneys for Defendants
Scott N. Schools and Karen P. Tandy*

JILL BOWERS, State Bar No. 186196
Deputy Attorney General
Office of the California Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

*Attorneys for Defendant California
Governor Arnold Schwarzenegger*

John Philipps

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILIPPS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, CALIFORNIA,<br>KAREN P. TANDY, Administrator,<br>U.S. Drug Enforcement Administration,<br>SCOTT N. SCHOOLS, U.S. Attorney<br>for the Northern District of California,<br>ARNOLD SCHWARZENEGGER,<br>Governor of the State of California,<br><br>    Defendants. | Case No. C07-03885 C.W |

## NOTICE OF APPEAL

COMES the Plaintiff in the above-entitled action, John Philipps, and hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment issued by the District Court in the above action April 28, 2008.

Respectfully submitted,

Dated: June 24, 2008

*/s/ John Philipps*
John Philipps
2337 Ransom Avenue
Oakland, California 94601-3827
(510) 261-7821  OR 510-355-4042

1