UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

June 25, 2008

**CASE INFORMATION:**
Short Case Title: <u>Phillips</u>-v- <u>City of Oakland, California</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>NO. CA, Oakland; Claudia Wilken</u>
Criminal and/or Civil Case No.: <u>CV 07-03885 CW</u>
Date Complaint/Indictment/Petition Filed: <u>7/30/07</u>
Date Appealed order/judgment *entered* <u>4/28/08</u>
Date NOA *filed* <u>7/25/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: <u>none</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>6/25/08</u>           Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes ☐ no
                                              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                    Appellee Counsel:

***see attached***

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Clara Pierce</u>
510-637-3535

C-07-3885-CW   John Phillipps -v- City of Oakland, CA, et al

**Appellate Counsel:**

**John Phillips**
2337 Ransom Avenue
Oakland, CA 94601-3827
510-261-7821

**Appellee Counsel:**

**Michael Thomas Pyle**
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495
415-436-7322
Fax: 415-436-6748
Email: michael.t.pyle@usdoj.gov