**RECEIVED**
JUL 2 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

June 25, 2008

**FILED**
JUN 30 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**CASE INFORMATION:**
Short Case Title: <u>Phillips</u>-v- <u>City of Oakland, California</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>NO. CA, Oakland; Claudia Wilken</u>
Criminal and/or Civil Case No.: <u>CV 07-03885 CW</u>
Date Complaint/Indictment/Petition Filed: <u>7/30/07</u>
Date Appealed order/judgment *entered* <u>4/28/08</u>
Date NOA *filed* <u>7/25/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

**08-16498**

COA Status (check one):  ☐ granted in full (attach order)  ☐ denied in full (send record)
                         ☐ granted in part (attach order)  ☐ pending

Court Reporter(s) Name & Phone Number: <u>none</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>6/25/08</u>          Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes ☐ no                     Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                            Appellee Counsel:

***see attached***

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                               9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Clara Pierce</u>
510-637-3535

C-07-3885-CW   John Phillipps -v- City of Oakland, CA, et al

**Appellate Counsel:**

**John Phillips**
2337 Ransom Avenue
Oakland, CA 94601-3827
510-261-7821

**Appellee Counsel:**

**Michael Thomas Pyle**
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102-3495
415-436-7322
Fax: 415-436-6748
Email: michael.t.pyle@usdoj.gov