**FILED**

UNITED STATES COURT OF APPEALS

AUG 27 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN PHILLIPS, | No. 08-16498 |
| Plaintiff - Appellant, | D.C. No. 4:07-cv-03885-CW<br>Northern District of California, |
| v. | Oakland |
| CITY OF OAKLAND, CALIFORNIA; et al., | ORDER |
| Defendants - Appellees. | |

A review of the record demonstrates that this appeal may be appropriate for summary disposition because the questions on which the decision in the appeal depends may be so insubstantial as not to justify further proceedings. *See* 9th Cir. R. 3-6.

Within 21 days from the date of this order, appellant shall show cause why the judgment in this appeal should not be summarily affirmed. Appellees may file a reply to appellant's response within ten days from service of the response. Appellant's failure to comply with this order shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

    For the Court:
    MOLLY DWYER
    Clerk of Court

    Jennifer Jameson
    Deputy Clerk

JMJ/Pro Se