John Philipps
2337 Ransome Avenue
Oakland, CA 94601
(510) 261-7821

Plaintiff in pro per

RECEIVED
AUG 1 2 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN PHILIPPS,

    Plaintiff,

v.

CITY OF OAKLAND, CALIFORNIA,
KAREN P. TANDY, Adm., US DEA,
SCOTT N. SCHOOLS, US Attorney for the
Northern District of California, ARNOLD
SCHWARZENEGGER, Governor of the
State of California,

    Defendants.

Case No. C07-03885 CW

EX PARTE APPLICATION AND ORDER
EXTENDING TIME TO FILE REPLY TO
OPPOSITION TO RULE 60 MOTION

Plaintiff John Philipps hereby applies to this Court ex parte extending time to file his Reply to the Opposition by the State and Federal Defendants to his Rule 60 motion, and to serve the U.S. Attorney with the corrected version of said Reply, to Thursday, August 12, 2010.

Plaintiff has advised all counsel by telephone the morning of August 12 that this application is being made.

Ex Parte App. For Order Extending Time    1

1    The order being sought is in the interests of justice and of a reasonably full briefing of the
2    issues involved in the Rule 60 motion; the errors requiring the motion were minor,
3    inadvertent, excusable and not prejudicial to Defendants.
4    Plaintiff accordingly asks the Court to grant the said relief.

6    Dated: August 11, 2010

                                                     *John Philipps*
                                        John Philipps, Plaintiff in pro per

10                                <u>ORDER</u>

11    Having considered Plaintiff's application for an order extending to August 12 his time to
12    file his Reply to the Oppositions to his Motion under Rule 60 and serve the U.S. Attorney
13    with the corrected version of said Reply, and finding good cause therefor,
14    IT IS HEREBY ORDERED that Plaintiff may file his said Reply on August 12 and serve
15    the U.S. Attorney, who previously received a version of said Reply containing several
16    errors, with the corrected version; and such filing and service shall be deemed timely.
17    Dated: ~~August 12, 2010~~ August 13, 2010

                                        Claudia Wilken, U.S. District Court Judge

27    **Ex Parte App. For Order Extending Time**      2