```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  JOANN M. SWANSON (CABN 88143)
    Chief, Civil Division
 3  MICHAEL T. PYLE (CABN 172954)
    Assistant United States Attorney
 4
       150 Almaden Blvd., Suite 900
 5     San Jose, California 95113
          Telephone:    (408) 535-5087
 6        Facsimile:    (408) 535-5081
          Email:        michael.t.pyle@usdoj.gov
 7
    Attorneys for Federal Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN PHILLIPS,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF OAKLAND et al,<br><br>          Defendants. | Case No. C 07-3885 CW<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br>[L.R. 3-12 and 7-11]<br><br>Related Case   No. C10-3721 RS |

Having considered the Administrative Motion filed by the Federal Defendants, as well as any other papers filed concerning this motion, the Court finds that the case of *John Phillips v. Attorney General Eric Holder et al.*, No. C 10-3721 RS is related to the action currently pending before this Court, *John Phillips v. City of Oakland et al.*, No. 07-3855 CW.  Case No. 10-3721 RS is hereby transferred to the Oakland Division of this Court and will be heard by the Honorable Claudia Wilken.

**IT IS SO ORDERED**.

DATED: 12/23/2010

_____
Hon. Claudia Wilken
United States District Judge